UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GBH HOLDINGS, LLC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:25-cv-00025 |
| ROBERT G. BYRON, CAMERON LANE HOLDINGS, LLC, THE ROBERT G BYRON REVOCABLE TRUST (3-20-1998), BLUE VISTA CAPITAL MANAGEMENT, LLC, AND BLUE VISTA PROPERTY SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Robert G. Byron, Cameron Lane Holdings, LLC, the Robert G Byron Revocable Trust (3-20-1998), Blue Vista Capital Management, LLC, and Blue Vista Property Services, LLC (together, "Defendants"), hereby file this notice of removal pursuant to 28 U.SC. §§ 1332, 1441, and 1446. Defendants remove a civil action filed by GBH Holdings, LLC ("Plaintiff" or "GBH"), in the Allen Superior Court, No. 02D02-2412-PL-000630. In support of its Notice of Removal, Defendants respectfully show the Court as follows:

### NATURE OF THE STATE COURT ACTION

1. Plaintiff commenced a civil action against Defendants in the Allen Superior Court by filing a Complaint on December 31, 2024.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of the state court record is attached as Exhibit A.

3. A separated copy of the state court complaint is attached as Exhibit B.

4. The federal civil cover sheet is <u>attached as Exhibit C</u>.

5. The state court complaint seeks damages in excess of $75,000.

## TIMELINESS

6. The earliest any Defendant was served was January 7, 2025.

7. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b), because it is filed within 30 days following January 7, 2025.

## BASIS FOR REMOVAL – DIVERSITY JURISDICTION

8. Under 28 U.S.C. § 1332(a), this Court has jurisdiction over Plaintiff's action because complete diversity of citizenship exists between the parties, and the amount in controversy exceeds $75,000.

9. At the time Plaintiff filed its action and to the present date, complete diversity exists between Plaintiff and all Defendants, because:

   a. **Plaintiff** has one member, George Huber. George Huber is a natural person who is domiciled in and resides in Indiana. George Huber is a citizen of the state of Indiana.

   b. **Defendant Robert G. Byron** is a natural person who is domiciled in and resides in Virginia. He is a citizen of the state of Virginia.

   c. **Defendant Robert G Byron Revocable Trust (3-20-1998)** is a traditional trust. The trustee is Defendant Robert G. Byron. This Defendant is a citizen of Virginia.

   d. **Defendant Cameron Lane Holdings, LLC** is a citizen of Virginia, as it has the following members:

      i. Defendant Robert G. Byron Revocable Trust (3-20-1998).

    ii. Cheryl T. Byron Revocable Trust (March 20, 1998). This trust is a traditional trust. The trustee is Cheryl Byron. She is a natural person who is domiciled in and resides in Virginia. She is a citizen of the state of Virginia.

    iii. Robert G. Byron Gift Trust (October 31, 2012). This trust is a traditional trust. The trustee is Defendant Robert G. Byron.

    iv. Cheryl T. Byron Gift Trust (October 31, 2012). This trust is a traditional trust. The trustee is Cheryl Byron.

e. **Defendant Blue Vista Capital Management, LLC** is a citizen of Virginia, Florida, Illinois, Delaware, and New York, as it has the following members:

    i. Defendant Cameron Lane Holdings, LLC.

    ii. Arad Enterprises, LLC ("Arad"). Arad has the following members:

        1. Peter Stelian Gift Trust (2012). This is a traditional trust. Its trustee is Peter Stelian. He is a natural person who is domiciled in and resides in Florida. He is a citizen of the state of Florida.

        2. Helene T. Stelian Gift Trust (2012). This is a traditional trust. Its trustee is Helene Stelian. She is a natural person who is domiciled in and resides in Illinois. She is a citizen of the state of Illinois.

    iii. Allied World Financial Services, Inc., which is a Delaware corporation with a principal place of business in New York, New York. It is a citizen of Delaware and New York.

      f. **Defendant Blue Vista Property Services, LLC** is a citizen of Virginia, Florida, and Illinois, as it has the following members:

          i. Highland Student Housing Holdings, LLC ("Highland."). Highland has the following members:

              1. Defendant Cameron Lane Holdings, LLC.

              2. Arad.

10. The amount in controversy exceeds $75,000.

11. Accordingly, for all of the above reasons, this action is removable pursuant to 28 U.S.C. §§ 1332(a).

**SATISFACTION OF ALL PROCEDURAL REQUIREMENTS FOR REMOVAL**

12. The United States District Court for the Northern District of Indiana is the federal judicial district encompassing Allen County, Indiana, where Plaintiff's action was filed. Therefore, venue properly lies in this Court. 28 U.S.C. § 1441(a).

13. In accordance with 28 U.S.C. § 1446(d), Defendants are submitting a copy of this Notice of Removal to the Clerk of the Allen Superior Court, and Defendants are further serving a copy upon Plaintiff and its counsel via certified mail. Moreover, Defendants have filed a Certificate of Service at the end of this Notice of Removal.

14. In filing this Notice of Removal, Defendants do not waive any defenses that may be available to them, and Defendants do not concede that the allegations in the Complaint state any actionable claim against Defendants.

WHEREFORE, this matter is hereby removed from the Allen Superior Court to the United States District Court for the Northern District of Indiana by operation of law.

Dated: January 22, 2025.					Respectfully submitted,

*/s/Robert D. MacGill*
Robert D. MacGill (9989-49)
Matthew T. Ciulla (34542-71)
**MacGill PC**
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone:  (317) 721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on January 22, 2025 on all counsel of record by virtue of the Court's CM/ECF System.

On the same day, notice has also been served upon the following by U.S.P.S. First Class Mail, Certified, Postage Prepaid, Return Receipt Requested:

Joe Wendt

Barnes and Thornburg

11 S. Meridian Street

Indianapolis, IN 46204

GBH HOLDINGS, LLC

127 W BERRY ST

STE 300

Fort Wayne, IN, 46802

On the same day, this Notice has been served upon the Allen County Court Clerk by filing it within the docket on state court Cause No. 02D02-2412-PL-000630.

/s/Matthew T. Ciulla