**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| GBH HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. BYRON, CAMERON LANE HOLDINGS, LLC, THE ROBERT G BYRON REVOCABLE TRUST (3-20-1998), BLUE VISTA CAPITAL MANAGEMENT, LLC, AND BLUE VISTA PROPERTY SERVICES, LLC,<br><br>Defendants. | Case No. 1:25-cv-25-DRL-JEM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff GBH Holdings, LLC and Defendants Robert Byron, Cameron Lane Holdings, LLC, the Robert G Byron Revocable Trust, Blue Vista Capital Management, LLC, and Blue Vista Property Services, LLC, by and through their respective counsel, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: December 29, 2025

Respectfully submitted,

/s/Alejandra Reichard
T. Joseph Wendt
Alejandra Reichard
Amanda Jane Gallagher
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-7777
Email: joseph.wendt@btlaw.com
Alejandra.reichard@btlaw.com
amanda.gallagher@btlaw.com
*Attorneys for Plaintiff*

/s/Elizabeth L. Merritt
Robert D. MacGill
Matthew T. Ciulla
Elizabeth L. Merritt
MacGill PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
Telephone:(317)721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com
Elizabeth.Merritt@MacGillLaw.com
*Attorneys for Defendants * with consent*